Robert BROWN, Appellant,

v.

COMMONWEALTH of Kentucky,
Appellee.

Court of Appeals of Kentucky.

Nov. 11, 1955.

P. H. Vincent, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Robert Brown was convicted of engaging in the occupation of receiving wagers on horse races and was sentenced to three months in jail. We have examined the record and have found no error.

The motion for an appeal is overruled, and the judgment is affirmed.